# EXHIBIT 8



# Document A101™ – 2007

## Standard Form of Agreement Between Owner and Contractor *where the basis of payment is a Stipulated Sum*

AGREEMENT made as of the Third day of April in the year 2014
*(In words, indicate day, month and year.)*

BETWEEN the Owner:
*(Name, legal status, address and other information)*

County of St. Clair, Michigan
200 Grand River Avenue, Suite 203
Port Huron, MI 48060

and the Contractor:
*(Name, legal status, address and other information)*

JFS Company, LLC
7648 Sparling Road
Wales, MI 48027

for the following Project:
*(Name, location and detailed description)*

Blue Water Convention Center (the "Project")
500 Thomas Edison Parkway
Port Huron, MI 48060

The Architect:
*(Name, legal status, address and other information)*

Progressive AE
1811 4 Mile Road NE
Grand Rapids, MI 49525

The Construction Manager:
Orion Construction
32 Market Avenue SW, Suite 200
Grand Rapids, MI 49503

The Owner and Contractor agree as follows.

**ADDITIONS AND DELETIONS:**
The author of this document has added information needed for its completion. The author may also have revised the text of the original AIA standard form. An *Additions and Deletions Report* that notes added information as well as revisions to the standard form text is available from the author and should be reviewed. A vertical line in the left margin of this document indicates where the author has added necessary information and where the author has added to or deleted from the original AIA text.

This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification.

AIA Document A201™–2007, General Conditions of the Contract for Construction, is adopted in this document by reference. Do not use with other general conditions unless this document is modified.

Init.
/

AIA Document A101™ – 2007. Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 12:06:58 on 04/01/2014 under Order No.2953408590_1 which expires on 09/10/2014, and is not for resale.

1

TABLE OF ARTICLES

1 THE CONTRACT DOCUMENTS

2 THE WORK OF THIS CONTRACT

3 DATE OF COMMENCEMENT AND SUBSTANTIAL COMPLETION

4 CONTRACT SUM

5 PAYMENTS

6 DISPUTE RESOLUTION

7 TERMINATION OR SUSPENSION

8 MISCELLANEOUS PROVISIONS

9 ENUMERATION OF CONTRACT DOCUMENTS

10 INSURANCE AND BONDS

### ARTICLE 1   THE CONTRACT DOCUMENTS
The Contract Documents consist of this Agreement, Conditions of the Contract (General, Supplementary and other Conditions), Drawings, Specifications, Addenda issued prior to execution of this Agreement, other documents listed in this Agreement and Modifications issued after execution of this Agreement, all of which form the Contract, and are as fully a part of the Contract as if attached to this Agreement or repeated herein. The Contract represents the entire and integrated agreement between the parties hereto and supersedes prior negotiations, representations or agreements, either written or oral. An enumeration of the Contract Documents, other than a Modification, appears in Article 9.

### ARTICLE 2   THE WORK OF THIS CONTRACT
The Contractor shall fully execute the Work described in the Contract Documents, except as specifically indicated in the Contract Documents to be the responsibility of others.

### ARTICLE 3   DATE OF COMMENCEMENT AND SUBSTANTIAL COMPLETION
§ 3.1 The date of commencement of the Work shall be the date of this Agreement unless a different date is stated below or provision is made for the date to be fixed in a notice to proceed issued by the Owner.
*The Date of Commencement shall be fixed in the Notice to Proceed*

§ 3.2 The Contract Time shall be measured from the date of commencement.

§ 3.3 The Contractor shall achieve Substantial Completion of the entire Work not later than   (   ) days from the date of commencement, or as follows:
*(Paragraph deleted)*
Per construction schedule provided by Orion Construction at the Pre-Start Meeting. (Meeting date to be determined.)

| Portion of Work | Substantial Completion Date |
|---|---|

AIA Document A101™ – 2007. Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 12:06:58 on 04/01/2014 under Order No.2953408590_1 which expires on 09/10/2014, and is not for resale.
Init. /    2

, subject to adjustments of this Contract Time as provided in the Contract Documents.
*(Insert provisions, if any, for liquidated damages relating to failure to achieve Substantial Completion on time or for bonus payments for early completion of the Work.)*

### ARTICLE 4    CONTRACT SUM
§ 4.1 The Owner shall pay the Contractor the Contract Sum in current funds for the Contractor's performance of the Contract. The Contract Sum shall be Three Hundred Eight Thousand Five Hundred Seventy ($ 308,570 ), subject to additions and deductions as provided in the Contract Documents.

§ 4.2 The Contract Sum is based upon the following alternates, if any, which are described in the Contract Documents and are hereby accepted by the Owner:
*(State the numbers or other identification of accepted alternates. If the bidding or proposal documents permit the Owner to accept other alternates subsequent to the execution of this Agreement, attach a schedule of such other alternates showing the amount for each and the date when that amount expires.)*

§ 4.3 Unit prices, if any:
*(Identify and state the unit price; state quantity limitations, if any, to which the unit price will be applicable.)*

| Item | Units and Limitations | Price Per Unit ($0.00) |
|---|---|---|
| na | | |

§ 4.4 Allowances included in the Contract Sum, if any:
*(Identify allowance and state exclusions, if any, from the allowance price.)*

| Item | Price |
|---|---|
| na | |

### ARTICLE 5    PAYMENTS
§ 5.1 PROGRESS PAYMENTS
§ 5.1.1 Based upon Applications for Payment submitted to the Architect by the Contractor and Certificates for Payment issued by the Architect, the Owner shall make progress payments on account of the Contract Sum to the Contractor as provided below and elsewhere in the Contract Documents.

§ 5.1.2 The period covered by each Application for Payment shall be one calendar month ending on the last day of the month, or as follows:

a one month period ending on the 15th day of each month.

§ 5.1.3 Provided that an Application for Payment is received by the Architect not later than the 30 day of a month, the Owner shall make payment of the certified amount to the Contractor not later than the 30 day of the following month. If an Application for Payment is received by the Architect after the application date fixed above, The Contractor shall be required to submit by the deadline in the following month.

Note: Pencil draws shall be submitted to Orion Construction by the 20th of the month and final hard copies by the 25th of the month. Orion shall submit all pay application to the Architect by the 30th of the month.

Sworn statements ^and lien waivers are required for both labor and materials with each pay application.

§ 5.1.4 Each Application for Payment shall be based on the most recent schedule of values submitted by the Contractor in accordance with the Contract Documents. The schedule of values shall allocate the entire Contract Sum among the various portions of the Work. The schedule of values shall be prepared in such form and supported by such data to

Init.
/

AIA Document A101™ – 2007. Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 12:06:58 on 04/01/2014 under Order No.2953408590_1 which expires on 09/10/2014, and is not for resale.

3

(1732801592)

substantiate its accuracy as the Architect may require. This schedule, unless objected to by the Architect, shall be used as a basis for reviewing the Contractor's Applications for Payment.

§ 5.1.5 Applications for Payment shall show the percentage of completion of each portion of the Work as of the end of the period covered by the Application for Payment.

§ 5.1.6 Subject to other provisions of the Contract Documents, the amount of each progress payment shall be computed as follows:
.1 Take that portion of the Contract Sum properly allocable to completed Work as determined by multiplying the percentage completion of each portion of the Work by the share of the Contract Sum allocated to that portion of the Work in the schedule of values, less retainage of 10% percent (  %) until 50% of the Work is complete after which no more retainage shall be withheld unless the Owner determines the Contractor is not making sufficient progress or for other reasons as determined by the Owner relating to the Contractor's performance. Pending final determination of cost to the Owner of changes in the Work, amounts not in dispute shall be included as provided in Section 7.3.9 of AIA Document A201™–2007, General Conditions of the Contract for Construction;
.2 Add that portion of the Contract Sum properly allocable to materials and equipment delivered and suitably stored at the site for subsequent incorporation in the completed construction (or, if approved in advance by the Owner, suitably stored off the site at a location agreed upon in writing), less retainage of 10% percent (  %);
.3 Subtract the aggregate of previous payments made by the Owner; and
.4 Subtract amounts, if any, for which the Architect has withheld or nullified a Certificate for Payment as provided in Section 9.5 of AIA Document A201–2007.

§ 5.1.7 The progress payment amount determined in accordance with Section 5.1.6 shall be further modified under the following circumstances:
.1 Upon Substantial Completion of the Work, a sum sufficient to increase the total payments to the full amount of the Contract Sum, less such amounts as the Architect shall determine for incomplete Work, retainage applicable to such work and unsettled claims; and

.2 If final completion of the Work is thereafter materially delayed through no fault of the Contractor, any additional amounts payable in accordance with Section 9.10.3 of AIA Document A201–2007.

§ 5.1.8 Reduction or limitation of retainage, if any, shall be as follows: The Owner may reduce the retainage the Owner deems appropriate or pay the retainage to the Contractor upon Substantial Completion after withholding any amounts necessary to address claims or any punch list items left to complete. The Contractor shall have the right to seek return of the retainage pursuant to state law.

§ 5.1.9 Except with the Owner's prior approval, the Contractor shall not make advance payments to suppliers for materials or equipment which have not been delivered and stored at the site. The Owner shall have the right to direct purchase any equipment the cost of which shall be deducted from the Contract.

§ 5.2 FINAL PAYMENT
§ 5.2.1 Final payment, constituting the entire unpaid balance of the Contract Sum, shall be made by the Owner to the Contractor when
.1 the Contractor has fully performed the Contract except for the Contractor's responsibility to correct Work as provided in Section 12.2.2 of AIA Document A201–2007, and to satisfy other requirements, if any, which extend beyond final payment; and
.2 a final Certificate for Payment has been issued by the Architect.

§ 5.2.2 The Owner's final payment to the Contractor shall be made no later than 30 days after the issuance of the Architect's final Certificate for Payment, or as follows:

Init.

AIA Document A101™ – 2007. Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 12:06:58 on 04/01/2014 under Order No.2953408590_1 which expires

4

## ARTICLE 6  DISPUTE RESOLUTION
### § 6.1 INITIAL DECISION MAKER
The Architect will serve as Initial Decision Maker pursuant to Section 15.2 of AIA Document A201–2007.

### § 6.2 BINDING DISPUTE RESOLUTION
For any Claim subject to, but not resolved by, mediation pursuant to Section 15.3 of AIA Document A201–2007, the method of binding dispute resolution shall be as follows:
*(Check the appropriate box. If the Owner and Contractor do not select a method of binding dispute resolution below, or do not subsequently agree in writing to a binding dispute resolution method other than litigation, Claims will be resolved by litigation in a court of competent jurisdiction.)*

[ ]     Arbitration pursuant to Section 15.4 of AIA Document A201–2007

[ X ]   Litigation in a court of competent jurisdiction

[ ]     Other *(Specify)*

## ARTICLE 7  TERMINATION OR SUSPENSION
§ 7.1 The Contract may be terminated by the Owner or the Contractor as provided in Article 14 of AIA Document A201–2007.

§ 7.2 The Work may be suspended by the Owner as provided in Article 14 of AIA Document A201–2007.

## ARTICLE 8  MISCELLANEOUS PROVISIONS
§ 8.1 Where reference is made in this Agreement to a provision of AIA Document A201–2007 or another Contract Document, the reference refers to that provision as amended or supplemented by other provisions of the Contract Documents.

§ 8.2 Payments due and unpaid under the Contract shall bear interest from the date payment is due at the rate stated below, or in the absence thereof, at the legal rate prevailing from time to time at the place where the Project is located.

8.3 If the County accepted the contractors bid based on local content, the Contractor shall meet the Owner's requirements for 70% local labor content and 70% local materials content unless specifically waived in writing by the Owner. The 70% local labor content requirement means that at least 70% of the employees performing the Work on the Project must reside in St. Clair County. The 70% material content requirement means at least 70% of the materials used by the Contractor to perform the Work on the Project must be purchased from businesses located in St. Clair County. The Contractor shall provide written verification of the residence of employees working for the Contractor on the Project and shall provide written verification of the purchase of the materials being used by the Contractor on the Project. The County reserves the right to waive this requirement at any time during the Term of this Agreement.
*(Insert rate of interest agreed upon, if any.)*

0 %

§ 8.3 The Owner's representative:
*(Name, address and other information)*

Bill Kauffman, Administrator/Controller
County of St. Clair, MI
200 Grand River Avenue, Suite 203

Init.

AIA Document A101™ – 2007. Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 12:06:58 on 04/01/2014 under Order No.2953408590_1 which expires

5

Port Huron, MI 48060

§ 8.4 The Contractor's representative:
*(Name, address and other information)*

Joshua F. Hein, President
JFS Company, LLC
7648 Sparling Road
Wales, MI 48027

§ 8.5 Neither the Owner's nor the Contractor's representative shall be changed without ten days written notice to the other party.

§ 8.6 Other provisions: The Contract Documents may only be amended by a written document issued by the Owner as provided for in the Contract Documents or by a written agreement signed by the parties.

### ARTICLE 9    ENUMERATION OF CONTRACT DOCUMENTS
§ 9.1 The Contract Documents, except for Modifications issued after execution of this Agreement, are enumerated in the sections below.

§ 9.1.1 The Agreement is this executed AIA Document A101–2007, Standard Form of Agreement Between Owner and Contractor.

§ 9.1.2 The General Conditions are AIA Document A201–2007, General Conditions of the Contract for Construction.

§ 9.1.3 The Supplementary and other Conditions of the Contract:

| Document | Title | Date | Pages |
|---|---|---|---|
| NIB-AD-1213-272 | Blue Water Convention Center Phase II Event Hall | 12/06/13 | All |
| NIB-AD-1213-272R | Blue Water Convention Center Phase II Event Hall – REBID | 02/19/14 | All |
| Statement of Values | Drywall/Framing | 01/10/14 | 2 |
| SOV & Proposal | General Trades | 03/24/14 | 2 |
| Certification of Compliance | Iran Economic Sanctions Act | 12/23/13 | 1 |

§ 9.1.4 The Specifications:
*(Either list the Specifications here or refer to an exhibit attached to this Agreement.)*
As provided in the NIB

| Section | Title | Date | Pages |
|---|---|---|---|

§ 9.1.5 The Drawings:

AIA Document A101™ – 2007. Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 12:06:58 on 04/01/2014 under Order No.2953408590_1 which expires on 09/10/2014, and is not for resale.

Init.

/

6

*(Either list the Drawings here or refer to an exhibit attached to this Agreement.)*

| Number | Title | Date |
|--------|-------|------|
| File 71530001 | St. Clair County Blue Water Convention Center Port Huron, MI | 11-01-13 (as provided in the NIB) |

§ 9.1.6 The Addenda, if any:

| Number | Date | Pages |
|--------|------|-------|
| 1 thru 9 as issued in the NIB. | | |

Portions of Addenda relating to bidding requirements are not part of the Contract Documents unless the bidding requirements are also enumerated in this Article 9.

§ 9.1.7 Additional documents, if any, forming part of the Contract Documents:

    .1    AIA Document E201™–2007, Digital Data Protocol Exhibit, if completed by the parties, or the following:

    .2    Other documents, if any, listed below:
*(List here any additional documents that are intended to form part of the Contract Documents. AIA Document A201–2007 provides that bidding requirements such as advertisement or invitation to bid, Instructions to Bidders, sample forms and the Contractor's bid are not part of the Contract Documents unless enumerated in this Agreement. They should be listed here only if intended to be part of the Contract Documents.)*

    Geotechnical Exploration & Engineering Report dtd 03-06-13 from PSI, Inc
    Supplemental Geotechnical Exploration & Engineering Report dtd 04-02-13 from PSI, Inc..
    Orion Construction Safety Manual – 2013
    Revised Scope of Work – Bid Category 06; General Trades/Labor & Material – Orion dtd 03/24/14

## ARTICLE 10  INSURANCE AND BONDS
The Contractor shall purchase and maintain insurance and provide bonds as set forth in Article 11 of AIA Document A201–2007.

| Type of insurance or bond | Limit of liability or bond amount ($0.00) |
|---------------------------|-------------------------------------------|
| | |

This Agreement entered into as of the day and year first written above.

| OWNER *(Signature)* | CONTRACTOR *(Signature)* |
|---------------------|--------------------------|
| William Kauffman, Administrator/Controller | Joshua F. Hein  President |
| *(Printed name and title)* | *(Printed name and title)* |

Init.

/

AIA Document A101™ – 2007. Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 12:06:58 on 04/01/2014 under Order No.2953408590_1 which expires on 09/10/2014, and is not for resale.

7

# Additions and Deletions Report for
AIA® Document A101™ – 2007

This Additions and Deletions Report, as defined on page 1 of the associated document, reproduces below all text the author has added to the standard form AIA document in order to complete it, as well as any text the author may have added to or deleted from the original AIA text. Added text is shown underlined. Deleted text is indicated with a horizontal line through the original AIA text.

Note: This Additions and Deletions Report is provided for information purposes only and is not incorporated into or constitute any part of the associated AIA document. This Additions and Deletions Report and its associated document were generated simultaneously by AIA software at 12:06:58 on 04/01/2014.

PAGE 1

**AGREEMENT** made as of the Third day of April in the year 2014

...

County of St. Clair, Michigan
200 Grand River Avenue, Suite 203
Port Huron, MI 48060

...

JFS Company, LLC
7648 Sparling Road
Wales, MI 48027

...

Blue Water Convention Center (the "Project")
500 Thomas Edison Parkway
Port Huron, MI 48060

...

*(Name, legal status, address and other information)*

Progressive AE
1811 4 Mile Road NE
Grand Rapids, MI 49525

**The Construction Manager:**
Orion Construction
32 Market Avenue SW, Suite 200
Grand Rapids, MI 49503

PAGE 2

~~(Insert the date of commencement if it differs from the date of this Agreement or, if applicable, state that the date will be fixed in a notice to proceed.)~~ The Date of Commencement shall be fixed in the Notice to Proceed

...

~~If, prior to the commencement of the Work, the Owner requires time to file mortgages and other security interests, the Owner's time requirement shall be as follows:~~

Additions and Deletions Report for AIA Document A101™ – 2007. Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 12:06:58 on 04/01/2014 under Order No.2953408590_1 which expires on 09/10/2014, and is not for resale.

1

(1732901502)

...

~~(Insert number of calendar days. Alternatively, a calendar date may be used when coordinated with the date of commencement. If appropriate, insert requirements for earlier Substantial Completion of certain portions of the Work.)~~

Per construction schedule provided by Orion Construction at the Pre-Start Meeting. (Meeting date to be determined.)

## PAGE 3

§ 4.1 The Owner shall pay the Contractor the Contract Sum in current funds for the Contractor's performance of the Contract. The Contract Sum shall be Three Hundred Eight Thousand Five Hundred Seventy ($ 308,570 ), subject to additions and deductions as provided in the Contract Documents.

...

na

...

na

...

a one month period ending on the 15th day of each month.

§ 5.1.3 Provided that an Application for Payment is received by the Architect not later than the 30 day of a month, the Owner shall make payment of the certified amount to the Contractor not later than the 30 day of the following month. If an Application for Payment is received by the Architect after the application date fixed above, ~~payment shall be made by the Owner not later than ( ) days after the Architect receives the Application for Payment.~~ The Contractor shall be required to submit by the deadline in the following month.

Note: Pencil draws shall be submitted to Orion Construction by the 20th of the month and final hard copies by the 25th of the month. Orion shall submit all pay application to the Architect by the 30th of the month.

Sworn statements are required for both labor and materials with each pay application.
~~(Federal, state or local laws may require payment within a certain period of time.)~~

## PAGE 4

.1 Take that portion of the Contract Sum properly allocable to completed Work as determined by multiplying the percentage completion of each portion of the Work by the share of the Contract Sum allocated to that portion of the Work in the schedule of values, less retainage of ~~percent ( %)~~ 10% percent ( %) until 50% of the Work is complete after which no more retainage shall be withheld unless the Owner determines the Contractor is not making sufficient progress or for other reasons as determined by the Owner relating to the Contractor's performance. Pending final determination of cost to the Owner of changes in the Work, amounts not in dispute shall be included as provided in Section 7.3.9 of AIA Document A201™–2007, General Conditions of the Contract for Construction;

.2 Add that portion of the Contract Sum properly allocable to materials and equipment delivered and suitably stored at the site for subsequent incorporation in the completed construction (or, if approved in advance by the Owner, suitably stored off the site at a location agreed upon in writing), less retainage of 10% percent ( %);

...

Additions and Deletions Report for AIA Document A101™ – 2007. Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 12:06:58 on 04/01/2014 under Order No.2953408590_1 which expires on 09/10/2014, and is not for resale.
(1732801592)

.1 ~~Add, upon~~ Upon Substantial Completion of the Work, a sum sufficient to increase the total payments to the full amount of the Contract Sum, less such amounts as the Architect shall determine for incomplete Work, retainage applicable to such work and unsettled claims; and
~~(Section 9.8.5 of AIA Document A201–2007 requires release of applicable retainage upon Substantial Completion of Work with consent of surety, if any.)~~

.2 ~~Add, if~~ If final completion of the Work is thereafter materially delayed through no fault of the Contractor, any additional amounts payable in accordance with Section 9.10.3 of AIA Document A201–2007.

§ 5.1.8 Reduction or limitation of retainage, if any, shall be as follows:
~~(If it is intended, prior to Substantial Completion of the entire Work, to reduce or limit the retainage resulting from the percentages inserted in Sections 5.1.6.1 and 5.1.6.2 above, and this is not explained elsewhere in the Contract Documents, insert here provisions for such reduction or limitation.)~~ The Owner may reduce the retainage the Owner deems appropriate or pay the retainage to the Contractor upon Substantial Completion after withholding any amounts necessary to address claims or any punch list items left to complete. The Contractor shall have the right to seek return of the retainage pursuant to state law.

...

§ 5.1.9 Except with the Owner's prior approval, the Contractor shall not make advance payments to suppliers for materials or equipment which have not been delivered and stored at the site. The Owner shall have the right to direct purchase any equipment the cost of which shall be deducted from the Contract.

PAGE 5

The Architect will serve as Initial Decision Maker pursuant to Section 15.2 of AIA Document ~~A201–2007, unless the parties appoint below another individual, not a party to this Agreement, to serve as Initial Decision Maker. (If the parties mutually agree, insert the name, address and other contact information of the Initial Decision Maker, if other than the Architect.)~~ A201–2007.

...

[ X ]  Litigation in a court of competent jurisdiction

...

8.3  If the County accepted the contractors bid based on local content, the Contractor shall meet the Owner's requirements for 70% local labor content and 70% local materials content unless specifically waived in writing by the Owner. The 70% local labor content requirement means that at least 70% of the employees performing the Work on the Project must reside in St. Clair County. The 70% material content requirement means at least 70% of the materials used by the Contractor to perform the Work on the Project must be purchased from businesses located in St. Clair County. The Contractor shall provide written verification of the residence of employees working for the Contractor on the Project and shall provide written verification of the purchase of the materials being used by the Contractor on the Project. The County reserves the right to waive this requirement at any time during the Term of this Agreement.

0 %

...

Bill Kauffman, Administrator/Controller
County of St. Clair, MI
200 Grand River Avenue, Suite 203
Port Huron, MI 48060

PAGE 6

Additions and Deletions Report for AIA Document A101™ – 2007. Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 12:06:58 on 04/01/2014 under Order No.2953408590_1 which expires on 09/10/2014, and is not for resale.

3

(1732801592)

Joshua F. Hein, President
JFS Company, LLC
7648 Sparling Road
Wales, MI 48027

...

§ 8.6 Other provisions: The Contract Documents may only be amended by a written document issued by the Owner as provided for in the Contract Documents or by a written agreement signed by the parties.

...

| | | | |
|---|---|---|---|
| NIB-AD-1213-272 | Blue Water Convention Center Phase II Event Hall | 12/06/13 | All |
| NIB-AD-1213-272R | Blue Water Convention Center Phase II Event Hall – REBID | 02/19/14 | All |
| Statement of Values SOV & Proposal | Drywall/Framing General Trades | 01/10/14 03/24/14 | 2 2 |
| Certification of Compliance | Iran Economic Sanctions Act | 12/23/13 | 1 |

...

As provided in the NIB

PAGE 7

| | | |
|---|---|---|
| File 71530001 | St. Clair County Blue Water Convention Center Port Huron, MI | 11-01-13 (as provided in the NIB) |

...

1 thru 9 as issued in the NIB.

...

Geotechnical Exploration & Engineering Report dtd 03-06-13 from PSI, Inc
Supplemental Geotechnical Exploration & Engineering Report dtd 04-02-13 from PSI, Inc.
Orion Construction Safety Manual – 2013
Revised Scope of Work – Bid Category 06; General Trades/Labor & Material – Orion dtd 03/24/14

...

(State bonding requirements, if any, and limits of liability for insurance required in Article 11 of AIA Document A201-2007.)

...

William Kauffman, Administrator/Controller        Joshua F. Hein President

Additions and Deletions Report for AIA Document A101™ – 2007. Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 12:06:58 on 04/01/2014 under Order No.2063408590_1 which expires on 09/10/2014, and is not for resale.

4

(1732901592)

# Certification of Document's Authenticity
*AIA® Document D401™ – 2003*

I, , hereby certify, to the best of my knowledge, information and belief, that I created the attached final document simultaneously with its associated Additions and Deletions Report and this certification at 12:06:58 on 04/01/2014 under Order No. 2953408590_1 from AIA Contract Documents software and that in preparing the attached final document I made no changes to the original text of AIA® Document A101™ – 2007, Standard Form of Agreement Between Owner and Contractor where the basis of payment is a Stipulated Sum, as published by the AIA in its software, other than those additions and deletions shown in the associated Additions and Deletions Report.

_____
*(Signed)*

PRESIDENT
_____
*(Title)*

4-7-14
_____
*(Dated)*

AIA Document D401™ – 2003. Copyright © 1992 and 2003 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 12:06:58 on 04/01/2014 under Order No.2953408590_1 which expires on 09/10/2014, and is not for resale.
User Notes: (1732801592)