# EXHIBIT 11

# J F S COMPANY

P.O. BOX 163
MARYSVILLE, MI 48040
(803) 464-0795    jfs.company@yahoo.com

## PROPOSAL

DATE:       November 5, 2013

TO:         Mike Skomial
            Bernco, Inc.

FROM:       Joshua Hein
            J F S Company

RE:         Southfield Police Security Renovation
            Southfield, MI

Labor and Material for:

    a. Metal Framing
    b. 4 x 4 posts
    c. Tile Backer
    d. ½" bullet resistant panels — 24.      ~~13K~~
    e. 5/8" Drywall
    f. Relocate 3/8" Steel Plate (labor only)
    g. Plywood
    h. 2 x 4 and 2 x 6 Backing
    i. Patching
    j. Furring
    k. Box Headers
    l. 2 x 12 Wood Steps
    m. Set Frames (labor only)
    n. Doors and Hardware (labor only)
    o. By-Fold Door (labor only)      $32,160.00

Labor and Material for Acoustical Ceilings
    a. 2 x 2 Open-Pan Cirrus
    b. 15/16" Grid                    $ 7,850.00

*[Handwritten calculations:]*
40,010.00
13,000
27,010
500

# Bernco, Inc.

**From:** J. F. Hein <jfs.company@yahoo.com>
**Sent:** Tuesday, November 05, 2013 2:40 PM
**To:** berncoinc@msn.com
**Subject:** ATTEN: Mike - Proposal for Southfield Security Renovation
**Attachments:** Southfield Police Dept Reno, Southfield,MI 11-05-13.doc

Attached is my proposal for this project. If you have any questions please contact myself (803)464-0795 or Leo Hein at (810)325-1107.

Thank you for the opportunity to quote

Joshua Hein
J F S Company
P.O. Box 163
Marysville, MI 48040

```
  8750
 36,000
 44,750
```

# PARTIAL UNCONDITIONAL WAIVER

**BERNCO, INC.**
20816 ELEVEN MILE ROAD, SUITE 202
ST. CLAIR SHORES, MI 48081
(586) 445-3700    (586) 445-3701 FAX

PROJECT NO. 2013.006

DATE: July 1, 2014

I/We have a contract with **BERNCO, INC.** to provide Carpentry Work for the improvement of the property described as:

> City of Southfield
> Police Security Renovation
> DSD Project No. 12-1318.00

and hereby waive my/our construction lien/bond claim to the amount of **$15,210.00** for labor/materials provided through **May 31, 2014**.

This Waiver, together with all previous Waivers, if any, (circle one) does / **does not** cover all amounts due to me/us for contract improvements provided through the date shown above.

Company:   JFS COMPANY   OR P.O. BOX 163 MARYSVILLE 48040
           7630 SPARLING RD.
           GOODELLS, MI.

_____          Signed on: _July 2nd, 2014_
(Signature of lien claimant)                    (Date)

_PRESIDENT_
(Title)

**DO NOT SIGN BLANK OR INCOMPLETE FORMS.**

# PARTIAL UNCONDITIONAL WAIVER

**BERNCO, INC.**  
20816 ELEVEN MILE ROAD, SUITE 202  
ST. CLAIR SHORES, MI 48081  
(586) 445-3700     (586) 445-3701 FAX

PROJECT NO. 2013.006

DATE: May 5, 2014

I/We have a contract with **BERNCO, INC.** to provide Carpentry Work for the improvement of the property described as:

City of Southfield  
Police Security Renovation  
DSD Project No. 12-1318.00

and hereby waive my/our construction lien/bond claim to the amount of **$13,500.00** for labor/materials provided through **March 31, 2014.**

This Waiver, together with all previous Waivers, if any, (circle one) does/does not cover all amounts due to me/us for contract improvements provided through the date shown above.

Company:   JFS COMPANY  OR P.O. BOX 163 MARYSVILLE 48040  
7630 SPARLING RD.  
GOODELLS, MI.

_____  
(Signature of lien claimant)

_____  
PRESIDENT (Title)

Signed on: May 6, 2014  
(Date)

**DO NOT SIGN BLANK OR INCOMPLETE FORMS.**

# TRANSMITTAL

**BERNCO, INC.**
20816 ELEVEN MILE ROAD, SUITE 202
ST. CLAIR SHORES, MI 48081
(586) 445-3700    (586) 445-3701 FAX

**PROJECT NO. 2013.006**

**DATE:** May 18, 2015

**SUBCONTRACTOR:**

JFS COMPANY   OR P.O. BOX 163 MARYSVILLE
        48040
7630 SPARLING RD.
GOODELLS, MI.
803-464-0795
810-325-1454-F

**PROJECT LOCATION:**

City of Southfield
Police Security Renovation
DSD Project No. 12-1318.00

**WE TRANSMIT:**
- [x] herewith
- [ ] under separate cover via
- [ ] in accordance with our discussions

**THE FOLLOWING:**
- [ ] drawings
- [ ] shop drawing prints
- [ ] sample
- [ ] change order
- [ ] shop drawing reproducibles
- [x] other
- [ ] specifications
- [ ] product literature

| NO. OF COPIES | DESCRIPTION |
|---|---|
| 1 | Full Unconditional Waivers |
| 1 | Copy of BERNCO, Inc. check |

**FOR YOUR:**
- [ ] approval
- [x] signature
- [ ] review & comments
- [ ] distribution to parties
- [ ] record & use
- [ ] information
- [ ] execution

**REMARKS:**

Please fax one signed Full Unconditional Waiver to BERNCO, Inc. to 586-445-3701. Payment will be mailed thereafter.

BY: Jim Cattivera

CC: File

# FULL UNCONDITIONAL WAIVER
(Under the Construction Lien Act of 1980)

**BERNCO, INC.**  **PROJECT NO. 2013.006**
20816 ELEVEN MILE ROAD, SUITE 202
ST. CLAIR SHORES, MI 48081
(586) 445-3700   (586) 445-3701 FAX    **DATE: May 18, 2015**

My/our contract with **BERNCO, INC.** to provide **Carpentry Work** for the improvement of the property described as:

City of Southfield
Police Security Renovation
DSD Project No. 12-1318.00

having been fully paid and satisfied, all my/our construction lien rights against such property are hereby waived and released.

Company:   **JFS COMPANY   OR P.O. BOX 163 MARYSVILLE 48040**
           **7630 SPARLING RD.**
           **GOODELLS, MI.**

_____          Signed on: _____
(Signature of lien claimant)                              (Date)

_____
(Title)

**DO NOT SIGN BLANK OR INCOMPLETE FORMS.**
**INSTRUCTIONS**

1. Any waiver of construction lien rights in advance of work performed is invalid.

2. A waiver of construction lien rights is valid only to the extent that payment for labor and material furnished was actually made to the person giving the waiver.



42100
9-9-720
320

BERNCO INC.
20816 11 MILE RD. STE. 202  PH. 586-445-3700
ST. CLAIR SHORES, MI 48081

COMERICA BANK

Memo:

Nine Thousand Seven Hundred Twenty-Five and 00/100 Dollars

| DATE | AMOUNT |
|---|---|
| May 18, 2015 | $ 9,725.00 |
| VOID AFTER 90 DAYS | |

PAY TO THE ORDER OF
JFS COMPANY
PO BOX 163
MARYSVILLE, MI 48040