# EXHIBIT 13



# Leo J. Hein Construction, Inc.

COMMERCIAL AND RESIDENTIAL
7648 SPARLING ROAD
GOODELLS, MICHIGAN 48027
(810) 325-1107
FAX (810) 325-1454

## PROPOSAL

DATE:      September 18, 2013

FROM:     Leo Hein
          Leo J. Hein Construction, Inc.

RE:       Flint State Office Building
          Interior Renovations
          Flint, MI

Labor and Material for:
  a. Metal Stud Framing
  b. 2x Furring and Blocking
  c. Plywood
  d. Batt Insulation and Sound Insulation
  e. 5/8" Drywall
  f. Drywall Patching
  g. FRP                                          $300,000.00 X

Labor ONLY for Frames, Doors and Hardware        $ 47,400.00 X

Labor ONLY for Toilet Accessories                $  6,500.00 ✓

Labor and Material for Acoustical Ceilings
  a. SAT #1                                       $268,000.00 ✓

  b. SAT #2                                       $ 65,400.00 ✓

  c. Open Cell Ceilings                           $ 23,800.00 ✓   711,100

Alternate #3
     DC Flex Zone Grid              ADD            $ 35,200.00

Alternate #2                        DEDUCT         $ 30,000.00

Alternate #1                        ADD            $  3,000.00

NOTE: Addenda 1 – 5 received and reviewed

# PURCHASE ORDER

## B & B Construction Services, LLC
20816 ELEVEN MILE ROAD, SUITE 202
ST. CLAIR SHORES, MI 48081
(586) 552-5472    (586) 445-3701 FAX

**PROJECT NO. 2013.001**
**PURCHASE ORDER NO. 00142-061000**
**REVISION NO. N/A**
**DATE: October 25, 2013**

SUBCONTRACTOR:
JFS COMPANY
P.O. BOX 163
MARYSVILLE 48040
or
7630 SPARLING RD.
GOODELLS, MI. 48027
803-464-0795
810-325-1454-F

PROJECT LOCATION:
Interior Renovations To – Flint State Office Building
File No. 071/12354/JAN, Index No. 53322
Architect's Project No. 2012070

TOTAL CONTRACT AMOUNT INCLUDING ALL TAXES: $704,000.00

### SEVEN HUNDRED FOUR THOUSAND AND 00/100 DOLLARS

SCOPE OF WORK/SERVICE:

### SEE EXHIBIT 'A'

TAXABLE ☒        EXEMPT ☐                    CERTIFICATE NO.

- ALL INVOICES MUST BE RECEIVED BY B & B CONSTRUCTION SERVICES, LLC BY THE 20TH OF EACH MONTH, OR AS DIRECTED BY B & B CONSTRUCTION SERVICES, LLC PROJECT MANAGER, FOR PROCESSING. INVOICES RECEIVED AFTER THE 20TH OF THE MONTH WILL BE APPLIED TO THE FOLLOWING MONTH'S APPLICATION FOR PAYMENT. NO EXCEPTIONS!

- ACCEPTANCE OF THIS ORDER CONSTITUTES AN AGREEMENT TO TERMS AND CONDITIONS SET FORTH ON EACH PAGE OF THIS SUBCONTRACTOR PURCHASE ORDER AND AS CONTAINED IN B & B CONSTRUCTION SERVICES, LLC "TERMS AND CONDITIONS", DATED OCTOBER 2013 ATTACHED HERETO.

- NO PAYMENT WILL BE MADE ON THIS CONTRACT UNTIL A SIGNED COPY OF THIS ORDER HAS BEEN RETURNED TO B & B CONSTRUCTION SERVICES, LLC HOWEVER, COMMENCEMENT OF WORK WILL CONSTITUTE ACCEPTANCE OF THIS CONTRACT, INCLUDING ALL TERMS AND CONDITIONS.

ACCEPTED BY:

_____
(VENDOR)

DATE: _____

B & B CONSTRUCTION SERVICES, LLC

DATE: ___11-5-13___

### SIGN AND RETURN ONE (1) ORIGINAL SIGNATURE PURCHASE ORDER

1

# J F S COMPANY

P.O. BOX 163

MARYSVILLE, MI 48040

803-464-0794

A Veteran Owned Company

## PROPOSAL

DATE:       September 20, 2013

TO:         Project Estimator

FROM:       Joshua Hein

RE:         Flint State Office Building
            Interior Renovations

Labor and materials for:
- a. Metal stud framing
- b. 2x furring
- c. 2x blocking
- d. Plywood
- e. Batt insulation
- f. Sound insulation
- g. 5/8" drywall
- h. FRP                                            $295,346.00

Labor and materials for acoustical ceilings:
- a. SAT #1
- b. SAT #2
- c. Open cell ceiling system                       $360,810.00

Labor only for doors, frames and hardware           $ 42,344.00

Labor only for toilet accessories                   $   6,500.00

**ALT #2** – Ceiling type SAT #4 in lieu of SAT #2 – **ADD**       $ 33,000.00

### B&B CONSTRUCTION SERVICES LLC
### SUBCONTRACTOR
### PRE-AWARD
### QUALIFICATIONS

DATE: 10-15-13

PROJECT: FLINT STATE OFFICE BLDG

SUB-CONTRACTOR: J.F.S Co.

ADDRESS: 7630 Saeling Rd. P.O. 163

CITY/STATE/ZIP: Goodells, M. Marysville 48040

PHONE: 803-464-0795

FAX: 810-325-1454

PROPOSED CONTRACT AMOUNT: 704,000

SIGNATORY ON CONTRACT:

REQUIRED INSURANCE PER SPECIFICATION: ☑ YES ☐ NO

IS YOUR PROPOSAL PRICE BASED ON PLANS AND SPECIFICATIONS ☑ YES ☐ NO
NO SUBSTITUTIONS.

WHAT IS THE EQUIPMENT LEAD TIME    TYPE_____ TIME_____

ACKNOWLEDGE ALL ISSUED ADDENDA/CLARIFICATIONS ☑ YES ☐ NO

SAFETY PROGRAM MANUAL ☑ YES ☐ NO

DID YOU VISIT SITE BEFORE BID ☑ YES ☐ NO

This bid qualification will act as a supplement to your contract/purchase order, if you are the successful Subcontractor selected for the above project. It is the objective of the pre-award qualification meeting to determine if you the subcontractor have bid the project in its entirety for your trade. Additionally, to make note of clarifications, inclusions, exclusions and any other pertinent information that will determine if a contract will be awarded to you. Any items not included in this pre-award will not relieve the subcontractor of responsibility if said item is part of plans or specifications.

RECEIVED SET OF PLANS AND SPECIFICATIONS ☑ YES ☐ NO

_____
B&B CONST.

DATE: 10-15-13

_____
SUBCONTRACTOR

DATE: 10/15/13

# CARPENTRY

- ☐ STEEL TRUSSES
- ☑ SHOP DRAWINGS
- ☑ WOOD NAILERS
- ☑ INSTALL FRAMES NON MASONRY
- ☑ INSTALL DOOR HARDWARE
- ☑ INSTALL TOILET ACCESY'S
- ☐ BLOWN INSULATION
- ☐ PROVIDE MILLWORK
- ☑ METAL STUD FRAMING
- ☑ TAPE/FINISH GYP. BOARD
- ☐ PLYWOOD PHONE BOARD
- ☑ ACOUSTICAL CEILING TILES

- ☐ WOOD TRUSSES
- ☑ WOOD SHEATHING
- ☑ INSTALL DOORS
- ☑ UNLOAD DOOR/FRAMES
- ☐ INSTALL INTERIOR SIGNS
- ☐ METAL BACKER
- ☑ DUST PROTECTION
- ☐ INSTALL MILLWORK
- ☐ WOOD STUD FRAMING
- ☐ TILE BACKER BOARD
- ☑ GYP. BOARD CEILING
- ☐ DEMOLITION

- ☐ MILLWORK
- ☐ COUNTERTOPS
- ☑ WOOD BACKER
- ☐ WINDOW SILLS
- ☑ FRP PANELS
- ☑ BATT INSULATION
- ☐ TEMP POWER
- ☐ TEMP. PARTITIONS
- ☑ GYPSUM BOARD
- ☐ PLASTER
- ☑ CEILING GRID
- ☐ DUMPSTER

- ☐ UNLOAD/HANDLE MATERIAL FURNISHED BY BERNCO INSTALLED BY CARPENTRY
- ☐ ENGINEERED DRAWINGS/CALC'S   ☑ ROOF NAILERS        ☐ FRP PANEL
- ☐ DENNS GLASS SHEATHING        ☑ ALL LIGHT GAGE FRAMING ☐
- ☐ FIRE RESISTIVE JOINT TREAMNETS

OTHER ITEMS PERTAINING TO PROJECT

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

CONTRACTOR INITIALS_____        SUBCONTRACTOR INITIALS_____

PRE-AWARD QUALIFICATION

WHAT IS YOUR MAXIMUM MANPOWER CAPABILITY_____

HOW MANY TRADESMEN WILL YOU DEDICATE TO THIS PROJECT As Needed)

CLEANUP OF YOUR IDENTIFIABLE TRASH ☑ YES ☐ NO

LAYOUT OF YOUR WORK ☑ YES ☐ NO

HAVE INCLUDED COSTS OF PERMITS AND INSPECTIONS ☐ YES ☐ NO N/A

PROVIDE A SCHEDULE OF VALUES (AIA G703) IN FIVE DAYS ☑ YES ☐ NO

PROVIDE A TIME LINE SCHEDULE FOR YOUR WORK IN FIVE DAYS ☑ YES ☐ NO

THE COMPANY IS _____UNION __X__ NON-UNION

WHAT LOCAL ARE YOU SIGNATORY TO __N/A__

ARE YOU CURRENTLY IN GOOD STANDING WITH THIS LOCAL ☐ YES ☐ NO N/A

PREVAILING WAGE PROJECT ☑ YES ☐ NO

DOES YOUR BID/PROPOSAL INCLUDE APPROPRIATE WAGES ☒ YES ☐ NO

CHANGE ORDER WORK MARK UP WILL BE ALLOWED PER B&B CONTRACT WITH OWNER

SUB-TRADES MAY ONLY BE MARKED UP AS ALLOWED BY B&B CONTRACT WITH OWNER

WILL THERE BE ANY SUBTRADES UNDER YOU ☐ YES ☒ NO
IF SO, WHAT TRADE _____

SOME COUNTIES AND TOWNSHIP REQUIRE SIGNING OF HARMONY AGREEMENT ARE YOU
PREPARED TO DO SO IF REQUIRED BY THIS PROJECT ☐ YES ☐ NO N/A

NAME OF PROJECT MGR. JOSH_____

CELL PHONE: 803-464-0795

CONTRACTOR INITIAL____          SUBCONTRACTOR INITIAL____




# Leo J. Hein Construction, Inc.

COMMERCIAL AND RESIDENTIAL
7648 SPARLING ROAD
GOODELLS, MICHIGAN 48027
(810) 325-1107
FAX (810) 325-1454

## P R O P O S A L

DATE:        September 18, 2013

FROM:        Leo Hein
             Leo J. Hein Construction, Inc.

RE:          Flint State Office Building
             Interior Renovations
             Flint, MI

Labor and Material for:
   a. Metal Stud Framing
   b. 2x Furring and Blocking
   c. Plywood
   d. Batt Insulation and Sound Insulation
   e. 5/8" Drywall
   f. Drywall Patching
   g. FRP                                              $300,000.00   X

Labor ONLY for Frames, Doors and Hardware             $ 47,400.00   X

Labor ONLY for Toilet Accessories                     $  6,500.00   √

Labor and Material for Acoustical Ceilings
   a. SAT #1                                           $268,000.00   √

   b. SAT #2                                           $ 65,400.00 √

   c. Open Cell Ceilings                               $ 23,800.00 X   711,100

Alternate #3
      DC Flex Zone Grid           ADD                  $ 35,200.00

Alternate #2                      DEDUCT               $ 30,000.00 ·

Alternate #1                      ADD                  $  3,000.00

NOTE: Addenda 1 – 5 received and reviewed

EX 37

# PURCHASE ORDER

**B & B Construction Services, LLC**
20816 ELEVEN MILE ROAD, SUITE 202
ST. CLAIR SHORES, MI 48081
(586) 552-5472    (586) 445-3701 FAX

**PROJECT NO. 2013.001**
**PURCHASE ORDER NO. 00142-061000**
**REVISION NO. N/A**
**DATE: October 25, 2013**

SUBCONTRACTOR:
JFS COMPANY
P.O. BOX 163
MARYSVILLE 48040
or
7630 SPARLING RD.
GOODELLS, MI. 48027
803-464-0795
810-325-1454-F

PROJECT LOCATION:
Interior Renovations To – Flint State Office Building
File No. 071/12354/JAN, Index No. 53322
Architect's Project No. 2012070

TOTAL CONTRACT AMOUNT INCLUDING ALL TAXES: $704,000.00

## SEVEN HUNDRED FOUR THOUSAND AND 00/100 DOLLARS

SCOPE OF WORK/SERVICE:

## SEE EXHIBIT 'A'

TAXABLE ☒    EXEMPT ☐    CERTIFICATE NO.

- ALL INVOICES MUST BE RECEIVED BY B & B CONSTRUCTION SERVICES, LLC BY THE 20TH OF EACH MONTH, OR AS DIRECTED BY B & B CONSTRUCTION SERVICES, LLC PROJECT MANAGER, FOR PROCESSING. INVOICES RECEIVED AFTER THE 20TH OF THE MONTH WILL BE APPLIED TO THE FOLLOWING MONTH'S APPLICATION FOR PAYMENT. NO EXCEPTIONS!

- ACCEPTANCE OF THIS ORDER CONSTITUTES AN AGREEMENT TO TERMS AND CONDITIONS SET FORTH ON EACH PAGE OF THIS SUBCONTRACTOR PURCHASE ORDER AND AS CONTAINED IN B & B CONSTRUCTION SERVICES, LLC "TERMS AND CONDITIONS", DATED OCTOBER 2013 ATTACHED HERETO.

- NO PAYMENT WILL BE MADE ON THIS CONTRACT UNTIL A SIGNED COPY OF THIS ORDER HAS BEEN RETURNED TO B & B CONSTRUCTION SERVICES, LLC HOWEVER, COMMENCEMENT OF WORK WILL CONSTITUTE ACCEPTANCE OF THIS CONTRACT, INCLUDING ALL TERMS AND CONDITIONS.

ACCEPTED BY:

_____
(VENDOR)

DATE: _____

B & B CONSTRUCTION SERVICES, LLC

DATE: _____11-5-13_____

## SIGN AND RETURN ONE (1) ORIGINAL SIGNATURE PURCHASE ORDER

1

# J F S COMPANY

P.O. BOX 163
MARYSVILLE, MI 48040
803-464-0794
A Veteran Owned Company

## PROPOSAL

DATE:       September 20, 2013

TO:         Project Estimator

FROM:       Joshua Hein

RE:         Flint State Office Building
            Interior Renovations

Labor and materials for:
    a. Metal stud framing
    b. 2x furring
    c. 2x blocking
    d. Plywood
    e. Batt insulation
    f. Sound insulation
    g. 5/8" drywall
    h. FRP                                   $295,346.00

Labor and materials for acoustical ceilings:
    a. SAT #1
    b. SAT #2
    c. Open cell ceiling system             $360,810.00

Labor only for doors, frames and hardware       $ 42,344.00

Labor only for toilet accessories              $   6,500.00

**ALT #2** – Ceiling type SAT #4 in lieu of SAT #2 – **ADD**    $ 33,000.00

DATE: 10-15-13

PROJECT: FLINT STATE OFFICE BLDG

SUB-CONTRACTOR: J.F.S Co.

ADDRESS: 7630 Sheline, Rd. P.O. Box 163

CITY/STATE/ZIP: Goodells, M. Marysville 48040

PHONE: 803-464-0795

FAX: 810-325-1454

PROPOSED CONTRACT AMOUNT: 704,000

SIGNATORY ON CONTRACT:

REQUIRED INSURANCE PER SPECIFICATION: ☑ YES  ☐ NO

IS YOUR PROPOSAL PRICE BASED ON PLANS AND SPECIFICATIONS ☑ YES ☐ NO
NO SUBSTITUTIONS.

WHAT IS THE EQUIPMENT LEAD TIME   TYPE_____TIME_____

ACKNOWLEDGE ALL ISSUED ADDENDA/CLARIFICATIONS ☑ YES ☐ NO

SAFETY PROGRAM MANUAL ☑ YES ☐ NO

DID YOU VISIT SITE BEFORE BID ☑ YES ☐ NO

This bid qualification will act as a supplement to your contract/purchase order, if you are the
successful Subcontractor selected for the above project. It is the objective of the pre-award
qualification meeting to determine if you the subcontractor have bid the project in its entirety for
your trade. Additionally, to make note of clarifications, inclusions, exclusions and any other
pertinent information that will determine if a contract will be awarded to you. Any items not included
in this pre-award will not relieve the subcontractor of responsibility if said item is part of plans or
specifications.

RECEIVED SET OF PLANS AND SPECIFICATIONS ☑ YES  ☐ NO

_____
B&B CONST.
DATE: 10-15-13

_____
SUBCONTRACTOR
DATE: 10/15/13

## CARPENTRY

- [ ] STEEL TRUSSES
- [x] SHOP DRAWINGS
- [x] WOOD NAILERS
- [x] INSTALL FRAMES NON MASONRY
- [x] INSTALL DOOR HARDWARE
- [x] INSTALL TOILET ACCESY'S
- [ ] BLOWN INSULATION
- [ ] PROVIDE MILLWORK
- [x] METAL STUD FRAMING
- [x] TAPE/FINISH GYP. BOARD
- [ ] PLYWOOD PHONE BOARD
- [x] ACOUSTICAL CEILING TILES

- [ ] WOOD TRUSSES
- [x] WOOD SHEATHING
- [x] INSTALL DOORS
- [x] UNLOAD DOOR/FRAMES
- [ ] INSTALL INTERIOR SIGNS
- [ ] METAL BACKER
- [x] DUST PROTECTION
- [ ] INSTALL MILLWORK
- [ ] WOOD STUD FRAMING
- [ ] TILE BACKER BOARD
- [x] GYP. BOARD CEILING
- [ ] DEMOLITION

- [ ] MILLWORK
- [ ] COUNTERTOPS
- [x] WOOD BACKER
- [ ] WINDOW SILLS
- [x] FRP PANELS
- [x] BATT INSULATION
- [ ] TEMP POWER
- [ ] TEMP. PARTITIONS
- [x] GYPSUM BOARD
- [ ] PLASTER
- [x] CEILING GRID
- [ ] DUMPSTER

- [ ] UNLOAD/HANDLE MATERIAL FURNISHED BY BERNCO INSTALLED BY CARPENTRY
- [ ] ENGINEERED DRAWINGS/CALC'S   [x] ROOF NAILERS   [ ] FRP PANEL
- [ ] DENNS GLASS SHEATHING   [x] ALL LIGHT GAGE FRAMING [ ]
- [ ] FIRE RESISTIVE JOINT TREAMNETS

OTHER ITEMS PERTAINING TO PROJECT

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

CONTRACTOR INITIALS _____          SUBCONTRACTOR INITIALS _____

PRE-AWARD QUALIFICATION

WHAT IS YOUR MAXIMUM MANPOWER CAPABILITY_____

HOW MANY TRADESMEN WILL YOU DEDICATE TO THIS PROJECT As Needed)

CLEANUP OF YOUR IDENTIFIABLE TRASH ☑ YES ☐ NO

LAYOUT OF YOUR WORK ☑ YES ☐ NO

HAVE INCLUDED COSTS OF PERMITS AND INSPECTIONS ☐ YES ☐ NO N/A

PROVIDE A SCHEDULE OF VALUES (AIA G703) IN FIVE DAYS ☑ YES ☐ NO

PROVIDE A TIME LINE SCHEDULE FOR YOUR WORK IN FIVE DAYS ☑ YES ☐ NO

THE COMPANY IS _____UNION __X__ NON-UNION

WHAT LOCAL ARE YOU SIGNATORY TO __N/A__

ARE YOU CURRENTLY IN GOOD STANDING WITH THIS LOCAL ☐ YES ☐ NO N/A

PREVAILING WAGE PROJECT ☑ YES ☐ NO

DOES YOUR BID/PROPOSAL INCLUDE APPROPRIATE WAGES ☑ YES ☐ NO

CHANGE ORDER WORK MARK UP WILL BE ALLOWED PER B&B CONTRACT WITH OWNER

SUB-TRADES MAY ONLY BE MARKED UP AS ALLOWED BY B&B CONTRACT WITH OWNER

WILL THERE BE ANY SUBTRADES UNDER YOU ☐ YES ☑ NO
IF SO, WHAT TRADE _____

SOME COUNTIES AND TOWNSHIP REQUIRE SIGNING OF HARMONY AGREEMENT ARE YOU
PREPARED TO DO SO IF REQUIRED BY THIS PROJECT ☐ YES ☐ NO  N/A

NAME OF PROJECT MGR. JOSH _____

CELL PHONE: 803-464-0795

CONTRACTOR INITIAL_____            SUBCONTRACTOR INITIAL_____